NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORMAN G. JENSEN, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-1319

---

Appeal from the United States Court of International Trade in case no. 10-CV-0115, Judge Richard K. Eaton.

---

## ON MOTION

---

Before MOORE, *Circuit Judge.*

## O R D E R

Hitachi Home Electronics (America), Inc. moves for leave to file a brief amicus curiae in support of Norman G. Jensen, Inc. The United States opposes. Hitachi replies. Separately, the parties jointly move to adjust the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Hitachi's motion for leave to file a brief amicus curiae is granted.

(2) The motions to adjust the briefing schedule are granted. The reply brief, if it has not already been filed, is due within 10 days of the date of filing of this order.

FOR THE COURT

JAN 2 7 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Sidney N. Weiss, Esq.
Joel R. Junker, Esq.
Jason M. Kenner, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 7 2012

JAN HORBALY
CLERK